IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50720
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GERARDO SABIDO RAMOS, also known as
Geraldo Sabido Ramos,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-96-CR-89-2
- - - - - - - - - -
April 02, 1998

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

Gerardo Sabido Ramos appeals his sentence for conspiracy to possess with intent to distribute cocaine and attempt to possess cocaine with intent to distribute. He argues that the district court erroneously considered drugs and drug currency Ramos previously possessed as relevant conduct.

The record demonstrates that the presentence report was sufficiently reliable to establish that Ramos' prior possession of cocaine and drug currency was part of the course of conduct of

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the charged conspiracy to posses with intent to distribute cocaine.  See <u>United States v. Vital</u>, 68 F.3d 114, 120 (5th Cir. 1995).  The district court did not clearly err in considering the previously seized drugs and drug currency as relevant conduct.  See <u>United States v. Bethley</u>, 973 F.2d 396, 401 (5th Cir. 1992).

AFFIRMED.